UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-cv-00136-FDW-DSC

| | | |
|---|---|---|
| MONICA COBHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HOLLAND SQUARE GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on the "Joint Motion for Approval of Settlement of FLSA Action," (Doc. No. 11). Having reviewed the Motion and Settlement Agreement attached as Exhibit 1, (Doc. No. 11-1), the pleadings, other filings in this matter, and the positions of counsel, and applicable law, it is hereby ORDERED that:

1.      The Settlement Agreement is a fair and reasonable resolution of a *bona fide* dispute over the application of the Fair Labor Standards Act;

2.      The Court APPROVES the terms of the Settlement Agreement, and the Motion (Doc. No. 11) is GRANTED; and

3.      This matter is hereby DISMISSED WITH PREJUDICE in its entirety, and the CLERK is respectfully directed to CLOSE THE CASE.

IT IS SO ORDERED.

Signed: July 22, 2022

Frank D. Whitney
United States District Judge